UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HANA AGARROUJ,

                    **Plaintiff,**

  -against-                                                **ORDER**

                                                                         **21-CV-1466 (PKC)**

**THE GOODKIND GROUP LLC, PRADA
USA CORP.**

                    **Defendants.**
-----------------------------------------------------------X

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       On March 17, 2021, plaintiff Hana Agarrouj, filed this employment discrimination action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e–2000e-17 against The Goodkind Group LLC and Prada USA Corporation. Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted.

       The United States Marshals Service is directed to serve the summons and complaint upon the defendants without prepayment of fees.

       The Clerk of Court is also directed to send a copy of this Order and to note the mailing on the docket.

                **SO ORDERED.**

Dated:      Brooklyn, New York
              March 23, 2021

                                                           /s/ *Roanne L. Mann*
                                             **ROANNE L. MANN
                                             UNITED STATES MAGISTRATE JUDGE**